UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTELEPEER CLOUD COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>EXPLORE TRAVELS CORP.,<br><br>Defendant. | Case No. 16-cv-01255-SI<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION REGARDING MOTION FOR DEFAULT JUDGMENT**<br><br>Re: Dkt. Nos. 13, 24 |

On August 19, 2016, Magistrate Judge Ryu issued a report and recommendation (the "Report") in this case. Dkt. 24. The Report recommends granting plaintiff's motion for default judgment, and recommends awarding plaintiff a total judgment of $204,896.96, consisting of contractual damages of $187,797.01, interest of $11,523.90 accrued as of July 1, 2016, attorneys' fees of $4,966.50, and costs of $609.55. Although defendant was served with the complaint and summons, Dkt. Nos. 7, 8, defendant failed to answer or otherwise respond. After the Clerk of the Court entered default, plaintiff moved for default judgment. Dkt. 23. Defendant did not file any response to the motion.

Pursuant to 28 U.S.C. § 636(b)(1), the parties had fourteen days from service of the Report to file written objections. *See also* Fed. R. Civ. P. 72(b). No party filed objections to the Report by the deadline.

The Court has reviewed the Report and the docket in this case. The Court agrees with Judge Ryu's analysis, and accordingly, the Court ADOPTS the Report and Recommendation and GRANTS plaintiff's motion for default judgment. The Court awards plaintiff a total judgment of

$204,896.96.

This order resolves Dkt. Nos. 13 and 24.

**IT IS SO ORDERED**.

Dated:  September 6, 2016          _____
                                    SUSAN ILLSTON
                                    United States District Judge

2