UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTELEPEER CLOUD COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>EXPLORE TRAVELS CORP.,<br><br>Defendant. | Case No. 16-cv-01255-SI<br><br>**JUDGMENT** |

The Court hereby enters judgment in the amount of $204,896.96 in favor of plaintiff and against defendant.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: September 6, 2016

SUSAN ILLSTON
United States District Judge